UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>    v.<br>KEALEON DYER-HOGAN,<br>    Defendant. | Case No. 19-CR-00554-MMC<br><br>**DETENTION ORDER** |

Defendant Kealeon Dyer-Hogan has been on pretrial release since November 2019. He was convicted of possession of child pornography on July 13, 2021. He still faces sex trafficking charges. On July 21, 2021, he appeared before this Court and was admonished about how important it is that he comply with all of the conditions of his release. Unfortunately, the following day—only 10 days after he was found guilty--he was arrested on suspicion of sex trafficking minors and with a loaded stolen firearm in his vehicle. He was injured while attempting to flee. Accordingly, on July 27, 2021 he appeared before this Court for violation of the conditions of his pretrial release.

As Mr. Dyer-Hogan was found guilty on July 13, 2021, the burden is on him to show by clear and convincing evidence he is not likely to flee or pose a danger to the safety of another person or the community if released. 18 U.S.C. § 1343(a). For the reasons stated by the government and the Court at the hearing, Mr. Dyer-Hogan has not met that burden.

Accordingly, IT IS ORDERED THAT:

1.  Defendant is committed to the custody of the Attorney General for confinement in a corrections facility;

2.  Defendant be afforded reasonable opportunity for private consultation with

counsel; and

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States marshal for the purpose of any appearance in connection with a court proceeding.

**IT IS SO ORDERED.**

Dated: July 27, 2021

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge